NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PLAS-PAK INDUSTRIES, INC.,**
*Appellant,*

v.

**RICHARD PARKS CORROSION TECHNOLOGIES, INC.,**
*Appellee.*

---

2014-1451

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,371.

---

**JUDGMENT**

---

ANDREW C. RYAN, Cantor Colburn LLP, of Hartford, Connecticut, argued for appellant.

MATTHEW S. DICKE, K&L Gates LLP, of Chicago, Illinois, argued for appellee. With him on the brief were THOMAS C. BASSO, ALAN L. BARRY, and SUZANNE E. KONRAD. Of counsel on the brief was MICHAEL T. MURPHY, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 27, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |